# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR3106 |
| vs. | |
| CURTIS J. COTTON, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on a letter filed by defendant Curtis J. Cotton, styled as a motion for credit for time served (filing 47). The Court will construe the letter as a motion for miscellaneous relief and finds that the motion should be denied.

On May 27, 2010, Cotton was sentenced to 60 months' imprisonment by Senior Judge Warren K. Urbom (filing 43), after pleading guilty to bank robbery in violation of 18 U.S.C. § 2113(a). Judge Urbom recommended to the United States Bureau of Prisons (the "BOP") that Cotton be given credit for time served from October 7, 2009 to December 16, 2009. Filing 43, at 2. Cotton states that he has not received credit for this time, and asks the Court to review the BOP's credit determination. Filing 47, at 1–3.

This Court lacks the authority to grant the relief Cotton requests. Computation of a federal sentence and credit for time served are governed by 18 U.S.C. § 3585. District courts are not authorized to award credit at sentencing. 18 U.S.C. § 3585(b); *United States v. Wilson*, 503 U.S. 329, 332–35 (1992). Rather, as in the present case, the district court is limited to making a recommendation to the BOP. *See* filing 43, at 2. The Attorney General, through the BOP, has the exclusive authority to compute and apply credit for time served. *Wilson*, 503 U.S. at 335.

Prisoners may seek administrative review of the BOP's credit determination. *Id.* at 335; *see also* 28 C.F.R. §§ 542.10–.19. Only after exhausting their administrative remedies may prisoners seek judicial review. *See*, *Wilson*, 503 U.S. at 335; *United States v. Bayless*, 940 F.2d 300, 304-305 (8th Cir. 1991). Defendant has not alleged that he has exhausted his administrative remedies. Accordingly, the Court lacks the authority to review this matter, and Cotton's motion will be denied.

THEREFORE, IT IS ORDERED:

1. Defendant's motion (filing 47) is denied; and

2. The Clerk is directed to mail a copy of this order to the defendant at his last known address.

Dated this 12th day of June, 2012.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge